UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THERESA MADDEN, an individual, on behalf of herself and all others similarly situated, | Case No.: 23-CV-01926 |
| Plaintiff, | Complaint filed October 2, 2023 |
| v. | |
| LAKELAND COMMUNITY COLLEGE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Theresa Madden, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through her undersigned counsel, hereby voluntarily dismisses her claims against Lakeland Community College, without prejudice, with each party to bear their own fees and costs.

DATED: December 4, 2023.               Respectfully submitted,

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: December 4, 2023

/s/ _Christopher Wiest_____
Christopher Wiest (Ohio 0077931)
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

AND

Kenneth Grunfeld
**KOPELOWITZ OSTROW, P.A.**
65 Overhill Road
Bala Cynwyd, Pennsylvania 19004
Main: 954-525-4100
grunfeld@kolawyers.com

*Attorneys for Plaintiff and Proposed Class*